UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
MEYER KIZELNIK, individually and on behalf of all         Civil Action No:
others similarly situated;                                                   1:20-cv-1952
                                              Plaintiff,

       -v.-

UNITED COLLECTION BUREAU, INC., LVNV
FUNDING LLC and John Does 1-25,

                                              Defendant(s).
------------------------------------------------------------------------x

**NOTICE OF SETTLEMENT**

> In view of the parties Notice of Settlement (Dkt. # 7), it is ordered that the case is discontinued without prejudice to the right to reopen within 60 days if settlement is not consummated.
>
> /s/(ARR)
> Allyne R. Ross, U.S.D.J.
> 7/15/20

Notice is hereby given that the parties have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction of these parties during said sixty (60) day period.

DATED, this 14th day of July, 2020

                                                            */s/Raphael Deutsch*
                                                            Raphael Deutsch, Esq.
                                                            **Stein Saks, PLLC**
                                                            285 Passaic Street
                                                            Hackensack, NJ 07601
                                                            Ph: 201-282-6500
                                                            rdeutsch@steinsakslegal.com

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on July 14, 2020 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Raphael Deutsch*
Raphael Deutsch, Esq.